IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      v.                                        Case No. 3:00cr70/RV

**FREDDIE LEE PLEAS, JR.**

_____/

## ORDER REDUCING SENTENCE

Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 28) The Government has certified defendant Pleas' subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Pleas' sentence and judgment entered herein on December 15, 2000, is hereby amended and his sentence of imprisonment is reduced from a term of two hundred ten (210) months to a term of one hundred five (105) months. In all other respects, the defendant's judgment of December 15, 2000 (doc. 23), remains in full force and effect.

DONE AND ORDERED this 8th day of August, 2005.

                                                        /s/ *Roger Vinson*
                                                        **ROGER VINSON**
                                                        **Senior U.S. District Judge**